United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WET SOUNDS, INC., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00666 |
| | § | |
| ELETTROMEDIA S.R.L., | § § | |
| Defendant. | § § | |

**ORDER SETTING HEARING**

This case is set for a status conference September 14, 2021 at 10:00 a.m. The hearing will be held via Zoom. Counsel will receive connection instructions the day before the setting.

It is so ORDERED. 08/30/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge